May Term, 1858.

DEWEESE *v.* THE STATE on the relation of STARR.

TRITTIPO
v.
THE STATE.

APPEAL from the *Harrison* Circuit Court.

*Per Curiam.*—The questions presented in this case are precisely similar to those presented in *Howard* v. *The State, &c.,* decided at the present term (1). And for the reasons given in that case the judgment in the case at bar must be affirmed.

*Tuesday, June 1.*

The judgment is affirmed with costs.

*W. T. Otto* and *W. Q. Gresham,* for the appellant.

*D. M' Donald* and *A. G. Porter,* for the state.

(1) *Ante,* 99.

---

MOORE *v.* MOORE.

APPEAL from the *Jennings* Circuit Court.

*Per Curiam.*—Suit by the plaintiff, against the defendant, as executor *de son tort*, to recover a demand. Judgment for the plaintiff. 2 R. S. p. 249, and note.

*Tuesday, June 1.*

```
10   343
Case  1
163   163
```

The case turns on the evidence.

The judgment is affirmed, with 1 per cent. damages and costs.

*H. C. Newcomb* and *J. S. Harvey,* for the appellant.

*L. Waldo* and *J. W. Gordon,* for the appellee.